UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DUSTIN HALLMARK,

                Plaintiff,

     v.

LL FLOORING INC.,

                Defendant.

CASE NO. 3:25-cv-05648-DGE

ORDER DENYING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DEADLINES (DKT. NO. 15)

Before the Court is the Parties' motion to extend the deadline for expert disclosures and rebuttal expert disclosures. (Dkt. No. 15.) The motion provides an insufficient basis to find good cause for an extension. The Parties seek to extend the expert disclosure deadline approximately two and one-half months to September 1, 2026, placing the disclosure deadline *after* the August 31, 2026 discovery cutoff. (*Id*. at 3; *see* Dkt. No. 12.) Undeniably, granting an extension would impact the other deadlines, including the trial date.

As justification, Plaintiff identifies he "expects to receive an opinion in the near future from a neurosurgeon as to whether his condition is surgical or not, which is most likely to occur

ORDER DENYING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DEADLINES (DKT. NO. 15) - 1

in June.  This appointment could take place after the deadline for disclosure of expert witnesses." (Dkt. No. 15 at 2.)  Plaintiff, however, does not identify why this appointment is yet to be scheduled or why it cannot take place *before* the expert disclosure deadline.

The parties also identify they have a mediation scheduled for July 22, 2026 and that "Defendant would like to save the cost of a rebuttal expert in order to make resolution at mediation more likely."  (*Id*. at 2.)  But, while the Parties' willingness to mediate this case is commendable, settlement discussions generally are not an "unanticipated" development and do "not constitute good cause to modify the Scheduling Order."  *Lehman Bros. Holdings, Inc. v. Golden Empire Mortg., Inc.*, No. 1:09-CV-01018LJOJLT, 2010 WL 2679907, at \*2 (E.D. Cal. July 2, 2010).

The present motion fails to establish good cause to extend the expert disclosure deadline. Accordingly, the Parties' motion for a continuance is DENIED without prejudice.  At this time, all dates remain the same.

Dated this 12th day of May, 2026.



David G. Estudillo
United States District Judge

ORDER DENYING STIPULATED MOTION TO CONTINUE EXPERT DISCLOSURE DEADLINES (DKT. NO. 15) - 2